**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **v.** | **)** | **CRIMINAL ACTION NO.** |
| | **)** | **26-00059-JB** |
| **RYAN SPENCER PHILLIPS,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, **RYAN SPENCER PHILLIPS**, along with his counsel of record, Buzz Jordan, appeared before the undersigned Magistrate Judge by consent (Doc. 32) on May 19, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment (Doc. 18), which charges a violation of Title 18, United States Code, Section 922(j) (Possession of a Stolen Firearm).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offense charged in the Indictment is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **RYAN SPENCER PHILLIPS**, be adjudged guilty and have sentence imposed accordingly.

Defendant's sentencing hearing before U.S. District Judge Jeffrey U. Beaverstock is set for **August 24, 2026, at 11:30 a.m. (CST)**, pending the adoption of this Report and Recommendation.

### NOTICE TO PARTIES

A party has 14 days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion that the district judge adopts from the Report and Recommendation. *See, e.g.,* Fed. R. Crim. P. 59.

**DONE** this the 20th day of May 2026.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**