**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA          :

v.                                                :  CRIMINAL NO.:  26-00059-JB

RYAN SPENCER PHILLIPS          :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 34) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment charging possession of a stolen firearm in violation of Title 18, Section 922(j), is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **August 24, 2026,** at **11:30 a.m.,** in Courtroom 4A.

**DONE and ORDERED** this the 12th day of June 2026.


/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE